UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:88-cr-215-J-12HTS

RENEA DARBY

## ORDER

This cause is before the Court on the Defendant's Motion to Terminate Supervised Release (Doc. 1936), filed May 26, 2009. On June 16, 2009, the Government filed a response to the Defendant's motion. The Government indicates that after consultation with the Defendant's U.S. Probation Officer, it has no objection to the termination of her supervised release based upon her progress since commencing supervision and compliance with the terms of supervision. Upon review of the motion, it is

**ORDERED AND ADJUDGED:**

That the Defendant's Motion to Terminate Supervised Release (Doc. 1936) is granted and her term of supervision is terminated.

**DONE AND ORDERED** this ___19th___ day of June 2009.

Howell W. Melton
Senior U.S. District Judge

Copies to:
AUSA (Henry)
Defendant
U.S. Probation Office